Frank A. Teague, Samuel A. Teague and Frances Jean Teague, minors by W. W. Martin, their guardian *ad litem*, Appellants, vs. John S. Kenyon, Appellee.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

H. L. Anderson and Geo. P. Raney, for Appellants.

Anderson & Hocker, for Appellees.

The bill in this cause was filed by the appellee against the appellants.  There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for appellee.